UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARIA GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ULISES GARCIA AND ANA MALDONADO AS NEXT FRIEND OF A.M., <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 4:13-cv-00429-BLW <br><br> **ORDER** |

Pending before the Court is Plaintiff's Motion for Leave to File a First Amended Complaint (Dkt. 21). Defendant does not oppose this motion and the Court finds good cause for an amendment. Accordingly,

**It is ordered that:** Plaintiff's Motion to Amend (Dkt. 21) is GRANTED. Plaintiff shall separately file the amended complaint within 14 days of this Order.

DATED: December 4, 2013

B. Lynn Winmill
Chief Judge
United States District Court

CASE MANAGEMENT ORDER - 1